UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>                      Petitioner,<br><br>    v.<br><br>DONALD R. HOLBROOK,<br><br>                      Respondent. | Case No. C17-1820-JCC-MAT<br><br>ORDER RE: PETITIONER'S MOTION<br>TO RECUSE |

Petitioner Allah has submitted to this Court for filing a petition for writ of habeas corpus, an application to proceed with this action *in forma pauperis*, and a document entitled Affidavit of Prejudice, which seeks the recusal of the undersigned and the Honorable John C. Coughenour under 28 U.S.C. §§ 144 and 455. (Dkts. 4, 4-1, 4-4.)

Pursuant to LCR 3(e), whenever a motion to recuse is filed pursuant to 28 U.S.C. § 144 or 28 U.S.C. § 455, "the challenged judge will review the motion papers and decide whether to recuse voluntarily."

Section 144 provides that:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such

ORDER RE: PETITIONER'S MOTION
TO RECUSE - 1

judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding. The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists.

28 U.S.C. § 144.

Section 455 states in relevant part that, "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a).

Petitioner asserts in his request for recusal that the undersigned and Judge Coughenour are "devils and liars" who have improperly denied him relief in prior cases. (*See* Dkt. 4-4 at 1-2.) However, the fact that the undersigned made rulings adverse to petitioner in prior cases demonstrates neither personal bias nor prejudice, and therefore does not constitute a valid basis for recusal. As petitioner has identified no valid basis for recusal, and as this Court perceives no justification for recusing voluntarily, the Clerk shall refer petitioner's request to the Chief Judge for consideration pursuant to LCR 3(e). The Clerk shall also send copies of this Order to petitioner and to the Honorable John C. Coughenour.

DATED this 9th day of February, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PETITIONER'S MOTION
TO RECUSE - 2